# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00450-CR

**Michael Woodring, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-08-0016, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Michael Woodring seeks to appeal from his conviction for driving while intoxicated. The trial court certified that this is a plea bargain case and that Woodring has no right of appeal because he waived that right. This appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed

Filed: October 10, 2008

Do Not Publish